# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 14, 2024

Lyle W. Cayce
Clerk

No. 23-50860
Summary Calendar

───────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Diego Tercero-Gonzalez,

*Defendant—Appellant*.

───────────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-39-2

───────────────────────────────

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Jose Diego Tercero-Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Tercero-Gonzalez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

───────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50860

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.